UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHUKWUDI AGU, Petitioner,

v. Civil Action No. 3:26-cv-822-DJH

JEFF TINDALL, Jailer, Oldham County Detention Center et al., Respondents.[1]

* * * * *

# ORDER

Petitioner Chukwudi Agu, proceeding pro se, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (D.N. 1) and this Order on Respondent Jeff Tindall.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before October 19, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioner may file a reply **on or before October 26, 2026**.

[1] The petition refers to the place of custody as "Oldham County Jail." (Docket No. 1, PageID.1–2) For consistency, the Court will refer to the place of custody as "Oldham County Detention Center." *See, e.g.*, *Alonso v. Tindall*, No. 3:25-cv-652-DJH, 2025 WL 3083920, at *1 (W.D. Ky. Nov. 4, 2025) (using "Oldham County Detention Center"). The Court will order that the docket be modified accordingly.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before October 19, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Oldham County Detention Center. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7) The Clerk of Court is **DIRECTED** to correct the docket of this matter to reflect that Jeff Tindall is Jailer of the Oldham County Detention Center.

October 14, 2026

**David J. Hale, Chief Judge**
**United States District Court**